FILED by __TM__ D.C.
ELECTRONIC
May 13, 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**14-20335-CR-ALTONAGA/O'SULLIVAN**

Case No._____

18 U.S.C. § 1349
18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(4)
18 U.S.C. § 981(a)(l)(C)
18 U.S.C. § 982(a)(2)(A)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

FLORIAN CLAUDIU MARTIN,
GHEORGHE ADRIAN LUPU,
NICOLAI CEAUSESCU,
CLAUDIU FLORIN IORDACHE,
VICTOR TICUS,
MARINEL AURELIAN CAPRA,
LAURENTIU GRIMBERG, and
FLORIAN LAURENTIU NICOLA,

Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to commit bank fraud
### 18 U.S.C. § 1349

1. Beginning in or around May 2013 and continuing through in or around April 2014, in Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants,

FLORIAN CLAUDIU MARTIN,
GHEORGHE ADRIAN LUPU,
NICOLAI CEAUSESCU,
CLAUDIU FLORIN IORDACHE,
VICTOR TICUS,

**MARINEL AURELIAN CAPRA,**
**LAURENTIU GRIMBERG, and**
**FLORIAN LAURENTIU NICOLA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly, and with the intent to defraud, execute and cause the execution of a scheme and artifice to defraud a federally insured financial institution, and to obtain any of the moneys, funds, assets, and other property owned by and under the custody and control of said financial institution, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

### Purpose of the Conspiracy

2. It was the purpose and object of the conspiracy for the defendants and their conspirators to unlawfully enrich themselves by installing skimming devices and pinhole cameras on automatic teller machines ("ATMs"), retrieving the skimming devices and pinhole cameras after they had recorded customers' account numbers and personal identification numbers ("PINs"), fabricating counterfeit ATM cards, and using the counterfeit ATM cards and personal identification numbers to withdraw money from the customers' accounts held at a federally insured financial institution.

### Manner And Means of the Conspiracy

The manner and means by which the defendants and their conspirators sought to accomplish the objects and purpose of the conspiracy included, among other things, the following:

3. On at least 45 occasions, the defendants and their conspirators installed and attempted to install skimming devices and pinhole cameras on ATM machines belonging to

Suntrust Bank, a federally-insured financial institution. The skimming devices recorded customers' account numbers and the pinhole cameras recorded the customers' PINs.

4. The defendants and their conspirators subsequently retrieved the skimming devices and pinhole cameras.

5. Using the information on the skimming devices, the conspirators fabricated and caused to be fabricated counterfeit ATM cards.

6. In total, the defendants and their conspirators' skimming devices recorded at least 639 account numbers. The defendants and their conspirators used the counterfeit ATM cards and the PINs recorded by their pinhole cameras to withdraw a total of at least $134,960 from accounts held at SunTrust Bank, without the authorization of the holders of those accounts.

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2
**Conspiracy to commit access device fraud**
**18 U.S.C. § 1029(b)(2)**

1. Beginning in or around May 2013 and continuing through in or around April 2014, in Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants,

> FLORIAN CLAUDIU MARTIN,
> GHEORGHE ADRIAN LUPU,
> NICOLAI CEAUSESCU,
> CLAUDIU FLORIN IORDACHE,
> VICTOR TICUS,
> MARINEL AURELIAN CAPRA,
> LAURENTIU GRIMBERG, and
> FLORIAN LAURENTIU NICOLA,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to commit certain offenses against the United States, that is:

3

  a. to knowingly, and with intent to defraud, have control and custody of and possess device-making equipment, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4); and

  b. to knowingly, and with intent to defraud, produce and use counterfeit access devices, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(1).

### Purpose of the Conspiracy

  2. Paragraph 2 of Count 1 of this Indictment is realleged and incorporated by reference as though fully set forth herein to describe the purpose of the conspiracy.

### Manner And Means of the Conspiracy

  3. The Manner and Means section of Count 1 of this Indictment is realleged and incorporated by reference as though fully set forth herein to describe the manner and means of the conspiracy.

### Overt Acts

In furtherance of the conspiracy, and to accomplish its objects and purpose, the conspirators committed and caused to be committed, in the Southern District of Florida and elsewhere, the following overt acts, among others:

  4. On or about October 29, 2013, **VICTOR TICUS** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

  5. On or about December 24, 2013, **VICTOR TICUS** installed a skimming device on an ATM.

6.  On or about January 12, 2014, **MARINEL AURELIAN CAPRA** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

7.  On or about February 10, 2014, **LAURENTIU GRIMBERG** installed a skimming device on and retrieved it from an ATM.

8.  On or about February 13, 2014, **CLAUDIU FLORIN IORDACHE** retrieved a skimming device from an ATM.

9.  On or about February 14, 2014, **LAURENTIU GRIMBERG** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

10. On or about February 15, 2014, **CLAUDIU FLORIN IORDACHE** retrieved a skimming device from an ATM.

11. On or about, February 17, 2014, **MARINEL AURELIAN CAPRA** installed a skimming device on an ATM.

12. On or about February 17, 2014, **CLAUDIU FLORIN IORDACHE** retrieved a skimming device from an ATM.

13. On or about February 22, 2014, **CLAUDIU FLORIN IORDACHE** retrieved a skimming device from an ATM.

14. On or about February 23, 2014, **CLAUDIU FLORIN IORDACHE** retrieved a skimming device from an ATM.

15. On or about April 12, 2014, **GHEORGHE ADRIAN LUPU** retrieved a skimming device from an ATM.

16. On or about April 26, 2014, **NICOLAI CEAUSESCU** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNTS 3-10
### Access device fraud
### 18 U.S.C. § 1029(a)(4)

1. On or about the dates indicated as to each count below, in the county indicated below, in the Southern District of Florida, the defendants,

**CLAUDIU FLORIN IORDACHE,**
**VICTOR TICUS,**
**MARINEL AURELIAN CAPRA, and**
**LAURENTIU GRIMBERG,**

as further indicated as to each count below, did knowingly, and with intent to defraud, have custody and control of and possess device-making equipment, that is, skimming devices, said conduct affecting interstate and foreign commerce:

| Count | Date | Defendant(s) | County |
|---|---|---|---|
| 3 | December 24, 2013 | **VICTOR TICUS** | Miami-Dade |
| 4 | February 10, 2014 | **LAURENTIU GRIMBERG** | Broward |
| 5 | February 13, 2014 | **CLAUDIU FLORIN IORDACHE** | Miami-Dade |
| 6 | February 15, 2014 | **CLAUDIU FLORIN IORDACHE** | Miami-Dade |
| 7 | February 17, 2014, | **MARINEL AURELIAN CAPRA** | Miami-Dade |
| 8 | February 17, 2014 | **CLAUDIU FLORIN IORDACHE** | Miami-Dade |
| 9 | February 22, 2014 | **CLAUDIU FLORIN IORDACHE** | Miami-Dade |
| 10 | February 23, 2014 | **CLAUDIU FLORIN IORDACHE** | Miami-Dade |

In violation of Title 18, United States Code, Sections 1029(a)(4) and 2.

## CRIMINAL FORFEITURE

1. The allegations of Counts 1 through 10 of this Indictment are realleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **FLORIAN**

6

**CLAUDIU MARTIN, GHEORGHE ADRIAN LUPU, NICOLAI CEAUSESCU, CLAUDIU FLORIN IORDACHE, VICTOR TICUS, MARINEL AURELIAN CAPRA, LAURENTIU GRIMBERG,** and **FLORIAN LAURENTIU NICOLA,** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1349, as alleged in Count 1 of this Indictment, the defendants shall forfeit all of their right, title and interest to the United States in any property constituting or derived from proceeds obtained directly or indirectly as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(A).

3. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in Counts 2 through 10 this Indictment, the defendants shall forfeit all of their right, title and interest to the United States in any property constituting or derived from proceeds obtained directly or indirectly as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B), and in any personal property used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 981(a)(l)(C), 982(a)(2)(A), and 1029(c)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

vs.

FLORIAN CLAUDIU MARTIN,                **CERTIFICATE OF TRIAL ATTORNEY***
GHEORGHE ADRIAN LUPU,
NICOLAI CEAUSESCU,
CLAUDIU FLORIN IORDACHE,
VICTOR TICUS,
MARINEL AURELIAN CAPRA,
LAURENTIU GRIMBERG, and
FLORIAN LAURENTIU NICOLA,

           **Defendants.**
_____/   **Superseding Case Information:**

**Court Division**: (Select One)         New Defendant(s)       Yes ____ No ____
                                          Number of New Defendants ____
  X  Miami        ____ Key West          Total number of counts ____
  ____ FTL        ____ WPB      ____ FTP

         I do hereby certify that:

  1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

  2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

  3.   Interpreter:    (Yes or No)     Yes
       List language and/or dialect    Romanian

  4.   This case will take    5    days for the parties to try.

  5.   Please check appropriate category and type of offense listed below:

       (Check only one)                    (Check only one)
       I    0 to 5 days      X             Petty      ____
       II   6 to 10 days     ____          Minor      ____
       III  11 to 20 days    ____          Misdem.    ____
       IV   21 to 60 days    ____          Felony      X
       V    61 days and over ____

  6.   Has this case been previously filed in this District Court?  (Yes or No)   No
       If yes:
       Judge: _____     Case No. _____
       (Attach copy of dispositive order)
       Has a complaint been filed in this matter?   (Yes or No)   Yes
       If yes:
       Magistrate Case No.                 14-2512, 14-2529, 14-2533
       Related Miscellaneous numbers:      n/a
       Defendant(s) in federal custody as of  04/30/14
       Defendant(s) in state custody as of    _____
       Rule 20 from the  _____       District of _____

       Is this a potential death penalty case? (Yes or No)    No

  7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ____ Yes   X   No

  8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes   X   No

                                   /s/ Marc Osborne
                                   _____
                                   MARC OSBORNE
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Florida Bar No./Court No. A5500796

*Penalty Sheet(s) attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>FLORIAN CLAUDIU MARTIN</u>

**Case No:**_____

Count #: 1

  Conspiracy to commit bank fraud
Title 18, United States Code, Section 1349

\* **Max. Penalty**: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

---

Count #: 2

  Conspiracy to commit access device fraud
Title 18, United States Code, Section 1029(b)(2)

\* **Max. Penalty**: 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

---

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GHEORGHE ADRIAN LUPU

**Case No:**

Count #: 1

Conspiracy to commit bank fraud
Title 18, United States Code, Section 1349

\* **Max. Penalty:** 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

Conspiracy to commit access device fraud
Title 18, United States Code, Section 1029(b)(2)

\* **Max. Penalty:** 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: __NICOLAI CEAUSESCU__

**Case No**:_____

**Count #: 1**

__Conspiracy to commit bank fraud__
__Title 18, United States Code, Section 1349__

* **Max. Penalty**: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

**Count #: 2**

__Conspiracy to commit access device fraud__
__Title 18, United States Code, Section 1029(b)(2)__

* **Max. Penalty**: 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>CLAUDIU FLORIN IORDACHE</u>

**Case No:**

Count #: 1

<u>Conspiracy to commit bank fraud</u>
<u>Title 18, United States Code, Section 1349</u>

* **Max. Penalty:** 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

<u>Conspiracy to commit access device fraud</u>
<u>Title 18, United States Code, Section 1029(b)(2)</u>

* **Max. Penalty:** 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Counts #: 5, 6, 8-10

<u>Access device fraud</u>
<u>Title 18, United States Code, Section 1029(a)(4)</u>

* **Max. Penalty:** 15 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** VICTOR TICUS

**Case No:**

Count #: 1

Conspiracy to commit bank fraud
Title 18, United States Code, Section 1349

* **Max. Penalty:** 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

Conspiracy to commit access device fraud
Title 18, United States Code, Section 1029(b)(2)

* **Max. Penalty:** 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Count #: 3

Access device fraud
Title 18, United States Code, Section 1029(a)(4)

* **Max. Penalty:** 15 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  MARINEL AURELIAN CAPRA

**Case No**:

Count #: 1

Conspiracy to commit bank fraud
Title 18, United States Code, Section 1349

\* **Max. Penalty**: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

Conspiracy to commit access device fraud
Title 18, United States Code, Section 1029(b)(2)

\* **Max. Penalty**: 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Count #: 7

Access device fraud
Title 18, United States Code, Section 1029(a)(4)

\* **Max. Penalty:** 15 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  <u>LAURENTIU GRIMBERG</u>

**Case No:**_____

Count #: 1

<u>Conspiracy to commit bank fraud</u>
<u>Title 18, United States Code, Section 1349</u>

\* **Max. Penalty:** 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

<u>Conspiracy to commit access device fraud</u>
<u>Title 18, United States Code, Section 1029(b)(2)</u>

\* **Max. Penalty:** 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Count #: 4

<u>Access device fraud</u>
<u>Title 18, United States Code, Section 1029(a)(4)</u>

\* **Max. Penalty:** 15 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>**FLORIAN LAURENTIU NICOLA**</u>

**Case No**:_____

Count #: 1

<u>Conspiracy to commit bank fraud</u>
<u>Title 18, United States Code, Section 1349</u>

\* **Max. Penalty**: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

<u>Conspiracy to commit access device fraud</u>
<u>Title 18, United States Code, Section 1029(b)(2)</u>

\* **Max. Penalty**: 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

1