# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. <u>14-20335-CR-Altonaga(s)</u>
**18 U.S.C. § 1349**
**18 U.S.C. § 1029(b)(2)**
**18 U.S.C. § 1029(a)(4)**
**18 U.S.C. § 1344**
**18 U.S.C. § 1028A**
**18 U.S.C. § 981(a)(l)(C)**
**18 U.S.C. § 982(a)(2)(A)**
**18 U.S.C. § 1029(c)(1)(C)**

**UNITED STATES OF AMERICA**

**vs.**

**FLORIAN CLAUDIU MARTIN,**
**GHEORGHE ADRIAN LUPU,**
**NICOLAI CEAUSESCU,**
**CLAUDIU FLORIN IORDACHE,**
**VICTOR TICUS,**
**MARINEL AURELIAN CAPRA,**
**LAURENTIU GRIMBERG, and**
**FLORIAN LAURENTIU NICOLA,**



FILED by _____ D.C.

JUN 2 4 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

              **Defendants.**

_____/

## <u>SUPERSEDING INDICTMENT</u>

The Grand Jury charges that:

### <u>COUNT 1</u>
### Conspiracy to commit bank fraud
### 18 U.S.C. § 1349

1.     Beginning in or around May 2013 and continuing through in or around April 2014, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**FLORIAN CLAUDIU MARTIN,**
**GHEORGHE ADRIAN LUPU,**
**NICOLAI CEAUSESCU,**

**CLAUDIU FLORIN IORDACHE,**
**VICTOR TICUS,**
**MARINEL AURELIAN CAPRA,**
**LAURENTIU GRIMBERG, and**
**FLORIAN LAURENTIU NICOLA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly, and with the intent to defraud, execute and cause the execution of a scheme and artifice to defraud a federally insured financial institution, and to obtain any of the moneys, funds, assets, and other property owned by and under the custody and control of said financial institution, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

## Purpose of the Conspiracy

2.      It was the purpose and object of the conspiracy for the defendants and their conspirators to unlawfully enrich themselves by installing skimming devices and pinhole cameras on automatic teller machines ("ATMs"), retrieving the skimming devices and pinhole cameras after they had recorded customers' account numbers and personal identification numbers ("PINs"), fabricating counterfeit ATM cards, and using the counterfeit ATM cards and personal identification numbers to withdraw money from the customers' accounts held at federally insured financial institutions.

## Manner And Means of the Conspiracy

The manner and means by which the defendants and their conspirators sought to accomplish the object and purpose of the conspiracy included, among other things, the following:

3.      On at least 45 occasions, the defendants and their conspirators installed and attempted to install skimming devices and pinhole cameras on ATM machines belonging to

federally insured financial institutions. The skimming devices recorded customers' ATM card numbers and account numbers and the pinhole cameras recorded the customers' PINs.

4.      The defendants and their conspirators subsequently retrieved the skimming devices and pinhole cameras.

5.      Using the information on the skimming devices, the conspirators fabricated and caused to be fabricated counterfeit ATM cards.

6.      In total, the defendants and their conspirators' skimming devices recorded at least 639 ATM card numbers and account numbers. The defendants and their conspirators used the counterfeit ATM cards and the PINs recorded by their pinhole cameras to withdraw a total of at least $134,960 from accounts held at federally insured financial institutions, including SunTrust Bank and Chase Bank, without the authorization of the holders of those accounts.

All in violation of Title 18, United States Code, Section 1349.

**COUNT 2**
**Conspiracy to commit access device fraud**
**18 U.S.C. § 1029(b)(2)**

1.      Beginning in or around May 2013 and continuing through in or around April 2014, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**FLORIAN CLAUDIU MARTIN,**
**GHEORGHE ADRIAN LUPU,**
**NICOLAI CEAUSESCU,**
**CLAUDIU FLORIN IORDACHE,**
**VICTOR TICUS,**
**MARINEL AURELIAN CAPRA,**
**LAURENTIU GRIMBERG, and**
**FLORIAN LAURENTIU NICOLA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to commit certain offenses against the United

3

States, that is:

a.       to knowingly, and with intent to defraud, have control and custody of and possess device-making equipment, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4); and

b.       to knowingly, and with intent to defraud, produce and use counterfeit access devices, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(1).

### Purpose of the Conspiracy

2.       Paragraph 2 of Count 1 of this Superseding Indictment is realleged and incorporated by reference as though fully set forth herein to describe the purpose of the conspiracy.

### Manner And Means of the Conspiracy

3.       The Manner and Means section of Count 1 of this Superseding Indictment is realleged and incorporated by reference as though fully set forth herein to describe the manner and means of the conspiracy.

### Overt Acts

In furtherance of the conspiracy, and to accomplish its objects and purpose, the conspirators committed and caused to be committed, in the Southern District of Florida and elsewhere, the following overt acts, among others:

4.       On or about October 29, 2013, **VICTOR TICUS** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

5.       On or about December 24, 2013, **VICTOR TICUS** installed a skimming device on an ATM.

6.     On or about January 12, 2014, **VICTOR TICUS** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

7.     On or about January 12, 2014, **MARINEL AURELIAN CAPRA** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

8.     On or about January 31, 2014, **FLORIAN LAURENTIU NICOLA** installed a skimming device on an ATM.

9.     On or about February 7, 2014, **FLORIAN LAURENTIU NICOLA** installed a skimming device on an ATM.

10.     On or about February 10, 2014, **LAURENTIU GRIMBERG** installed a skimming device on and retrieved it from an ATM.

11.     On or about February 13, 2014, **CLAUDIU FLORIN IORDACHE** retrieved a skimming device from an ATM.

12.     On or about February 14, 2014, **FLORIAN LAURENTIU NICOLA** installed a skimming device on an ATM.

13.     On or about February 14, 2014, **LAURENTIU GRIMBERG** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

14.     On or about February 15, 2014, **FLORIAN LAURENTIU NICOLA** installed a skimming device on an ATM.

15.     On or about February 15, 2014, **CLAUDIU FLORIN IORDACHE** retrieved a skimming device from an ATM.

16.     On or about February 15, 2014, **LAURENTIU GRIMBERG** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

17.     On or about, February 17, 2014, **MARINEL AURELIAN CAPRA** installed a skimming device on an ATM.

18.     On or about February 17, 2014, **CLAUDIU FLORIN IORDACHE** retrieved a skimming device from an ATM.

19.     On or about February 22, 2014, **CLAUDIU FLORIN IORDACHE** retrieved a skimming device from an ATM.

20.     On or about February 23, 2014, **LAURENTIU GRIMBERG** attempted to withdraw funds from at least one Chase Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

21.     On or about February 23, 2014, **CLAUDIU FLORIN IORDACHE** retrieved a skimming device from an ATM.

22.     On or about February 23, 2014, **FLORIAN LAURENTIU NICOLA** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

23.     On or about February 23, 2014, **FLORIAN CLAUDIU MARTIN** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

24.     On or about February 24, 2014, **FLORIAN LAURENTIU NICOLA** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

25.     On or about February 24, 2014, **FLORIAN CLAUDIU MARTIN** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

26.     On or about February 25, 2014, **FLORIAN LAURENTIU NICOLA** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

27.     On or about March 2, 2014, **MARINEL AURELIAN CAPRA** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

28.     On or about March 3, 2014, **MARINEL AURELIAN CAPRA** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

29.     On or about March 3, 2014, **CLAUDIU FLORIN IORDACHE** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

30.     On or about March 15, 2014, **NICOLAI CEAUSESCU** installed a skimming device on an ATM.

31.     On or about April 12, 2014, **GHEORGHE ADRIAN LUPU** retrieved a skimming device from an ATM.

32.     On or about April 26, 2014, **NICOLAI CEAUSESCU** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

7

33.     On or about April 26, 2014, **GHEORGHE ADRIAN LUPU** attempted to withdraw funds from at least one SunTrust Bank account using counterfeit ATM cards and PINs obtained by fraud, without the authorization of the holders of those accounts.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNTS 3-14
### Access device fraud
### 18 U.S.C. § 1029(a)(4)

On or about the dates indicated as to each count below, in the county indicated below, in the Southern District of Florida, the defendants,

**CLAUDIU FLORIN IORDACHE,**
**VICTOR TICUS,**
**MARINEL AURELIAN CAPRA,**
**LAURENTIU GRIMBERG, and**
**FLORIAN LAURENTIU NICOLA,**

as further indicated as to each count below, did knowingly, and with intent to defraud, have custody and control of and possess device-making equipment, that is, skimming devices, said conduct affecting interstate and foreign commerce:

| Count | Date | Defendant(s) | County |
|---|---|---|---|
| 3 | December 24, 2013 | **VICTOR TICUS** | Miami-Dade |
| 4 | January 31, 2014 | **FLORIAN LAURENTIU NICOLA** | Miami-Dade |
| 5 | February 7, 2014 | **FLORIAN LAURENTIU NICOLA** | Miami-Dade |
| 6 | February 10, 2014 | **LAURENTIU GRIMBERG** | Broward |
| 7 | February 13, 2014 | **CLAUDIU FLORIN IORDACHE** | Miami-Dade |
| 8 | February 14, 2014 | **FLORIAN LAURENTIU NICOLA** | Miami-Dade |
| 9 | February 15, 2014 | **FLORIAN LAURENTIU NICOLA** | Miami-Dade |
| 10 | February 15, 2014 | **CLAUDIU FLORIN IORDACHE** | Miami-Dade |
| 11 | February 17, 2014, | **MARINEL AURELIAN CAPRA** | Miami-Dade |
| 12 | February 17, 2014 | **CLAUDIU FLORIN IORDACHE** | Miami-Dade |
| 13 | February 22, 2014 | **CLAUDIU FLORIN IORDACHE** | Miami-Dade |
| 14 | February 23, 2014 | **CLAUDIU FLORIN IORDACHE** | Miami-Dade |

In violation of Title 18, United States Code, Sections 1029(a)(4) and 2.

<u>**COUNTS 15-43**</u>
**Bank fraud**
**18 U.S.C. § 1344**

1.      Beginning in or around May 2013 and continuing through in or around April 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**FLORIAN CLAUDIU MARTIN,**
**GHEORGHE ADRIAN LUPU,**
**NICOLAI CEAUSESCU,**
**CLAUDIU FLORIN IORDACHE,**
**VICTOR TICUS,**
**MARINEL AURELIAN CAPRA,**
**LAURENTIU GRIMBERG, and**
**FLORIAN LAURENTIU NICOLA,**

did knowingly and with intent to defraud execute and attempt to execute a scheme and artifice to defraud federally insured financial institutions and to obtain any of the money, funds, assets and other property owned by and under the custody and control of said financial institutions, by means of materially false and fraudulent pretenses, representations, and promises.

<u>**Purpose of the Scheme and Artifice**</u>

2.      Paragraph 2 of Count 1 of this Superseding Indictment is realleged and incorporated by reference as though fully set forth herein to describe the purpose of the scheme and artifice.

<u>**Manner And Means of the Scheme and Artifice**</u>

3.      The Manner and Means section of Count 1 of this Superseding Indictment is realleged and incorporated by reference as though fully set forth herein to describe the manner and means of the scheme and artifice.

<u>**Acts in Execution and Attempted Execution of the Scheme and Artifice**</u>

On or about the dates indicated as to each count below, the indicated defendants did knowingly and with intent to defraud execute and attempt to execute said scheme and artifice by

9

withdrawing and attempting to withdraw funds from the accounts associated with the indicated ATM numbers, held at federally insured financial institutions, including SunTrust Bank and Chase Bank, without the authorization of the holders of those accounts:

| Count | Date | Defendant | ATM card number (last four digits) |
|---|---|---|---|
| 15 | January 12, 2014 | VICTOR TICUS | 4464 |
| 16 | February 15, 2014 | LAURENTIU GRIMBERG | 3530 |
| 17 | February 22, 2014 | FLORIAN LAURENTIU NICOLA | 9400 |
| 18 | February 23, 2014 | FLORIAN LAURENTIU NICOLA | 9400 |
| 19 | February 23, 2014 | FLORIAN LAURENTIU NICOLA | 4329 |
| 20 | February 23, 2014 | FLORIAN CLAUDIU MARTIN | 9390 |
| 21 | February 23, 2014 | FLORIAN CLAUDIU MARTIN | 1510 |
| 22 | February 23, 2014 | LAURENTIU GRIMBERG | 1562 |
| 23 | February 24, 2014 | FLORIAN LAURENTIU NICOLA | 9390 |
| 24 | February 24, 2014 | FLORIAN CLAUDIU MARTIN | 1510 |
| 25 | February 24, 2014 | FLORIAN CLAUDIU MARTIN | 4329 |
| 26 | February 25, 2014 | FLORIAN LAURENTIU NICOLA | 4329 |
| 27 | March 2, 2014 | MARINEL AURELIAN CAPRA | 7554 |
| 28 | March 3, 2014 | MARINEL AURELIAN CAPRA | 1960 |
| 29 | March 3, 2014 | MARINEL AURELIAN CAPRA | 3147 |
| 30 | March 3, 2014 | MARINEL AURELIAN CAPRA | 7994 |
| 31 | March 3, 2014 | CLAUDIU FLORIN IORDACHE | 9218 |
| 32 | March 3, 2014 | CLAUDIU FLORIN IORDACHE | 4093 |
| 33 | March 3, 2014 | CLAUDIU FLORIN IORDACHE | 2891 |
| 34 | March 3, 2014 | CLAUDIU FLORIN IORDACHE | 9264 |
| 35 | April 26, 2014 | GHEORGHE ADRIAN LUPU | 5422 |
| 36 | April 26, 2014 | GHEORGHE ADRIAN LUPU | 7420 |
| 37 | April 26, 2014 | GHEORGHE ADRIAN LUPU | 1235 |
| 38 | April 26, 2014 | GHEORGHE ADRIAN LUPU | 6974 |
| 39 | April 26, 2014 | GHEORGHE ADRIAN LUPU | 3588 |
| 40 | April 26, 2014 | NICOLAI CEAUSESCU | 3588 |
| 41 | April 26, 2014 | NICOLAI CEAUSESCU | 1920 |
| 42 | April 26, 2014 | NICOLAI CEAUSESCU | 5486 |
| 43 | April 26, 2014 | NICOLAI CEAUSESCU | 5959 |

In violation of Title 18, United States Code, Sections 1344 and 2.

## COUNTS 44-72
**Aggravated identity theft**
**18 U.S.C. § 1028A**

On or about the dates indicated as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**FLORIAN CLAUDIU MARTIN,**
**GHEORGHE ADRIAN LUPU,**
**NICOLAI CEAUSESCU,**
**CLAUDIU FLORIN IORDACHE,**
**VICTOR TICUS,**
**MARINEL AURELIAN CAPRA,**
**LAURENTIU GRIMBERG, and**
**FLORIAN LAURENTIU NICOLA,**

as further indicated as to each count below, during and in relation to felony violations, that is, (1) conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349, as charged in count 1, (2) conspiracy to commit access device fraud, in violation of Title 18, United States Code, Section 1029(b)(2), as charged in count 2, and (3) bank fraud, in violation of Title 18, United States Code, Section 1344, as charged in the counts indicated below, did knowingly possess and use, without lawful authority, means of identification of other persons, namely, the indicated ATM card numbers, encoded on counterfeit ATM cards:

| Count | Date | Defendant | ATM card number (last four digits) | Underlying Section 1344 Felony violation (count) |
|-------|------|-----------|------|------|
| 44 | Jan.12, 2014 | **VICTOR TICUS** | 4464 | 15 |
| 45 | Feb. 15, 2014 | **LAURENTIU GRIMBERG** | 3530 | 16 |
| 46 | Feb. 22, 2014 | **FLORIAN LAURENTIU NICOLA** | 9400 | 17 |
| 47 | Feb. 23, 2014 | **FLORIAN LAURENTIU NICOLA** | 9400 | 18 |
| 48 | Feb. 23, 2014 | **FLORIAN LAURENTIU NICOLA** | 4329 | 19 |
| 49 | Feb. 23, 2014 | **FLORIAN CLAUDIU MARTIN** | 9390 | 20 |
| 50 | Feb. 23, 2014 | **FLORIAN CLAUDIU MARTIN** | 1510 | 21 |
| 51 | Feb. 23, 2014 | **LAURENTIU GRIMBERG** | 1562 | 22 |
| 52 | Feb. 24, 2014 | **FLORIAN LAURENTIU NICOLA** | 9390 | 23 |

| Count | Date | Defendant | ATM card number (last four digits) | Underlying Section 1344 Felony violation (count) |
|---|---|---|---|---|
| 53 | Feb. 24, 2014 | **FLORIAN CLAUDIU MARTIN** | 1510 | 24 |
| 54 | Feb. 24, 2014 | **FLORIAN CLAUDIU MARTIN** | 4329 | 25 |
| 55 | Feb. 25, 2014 | **FLORIAN LAURENTIU NICOLA** | 4329 | 26 |
| 56 | March 2, 2014 | **MARINEL AURELIAN CAPRA** | 7554 | 27 |
| 57 | March 3, 2014 | **MARINEL AURELIAN CAPRA** | 1960 | 28 |
| 58 | March 3, 2014 | **MARINEL AURELIAN CAPRA** | 3147 | 29 |
| 59 | March 3, 2014 | **MARINEL AURELIAN CAPRA** | 7994 | 30 |
| 60 | March 3, 2014 | **CLAUDIU FLORIN IORDACHE** | 9218 | 31 |
| 61 | March 3, 2014 | **CLAUDIU FLORIN IORDACHE** | 4093 | 32 |
| 62 | March 3, 2014 | **CLAUDIU FLORIN IORDACHE** | 2891 | 33 |
| 63 | March 3, 2014 | **CLAUDIU FLORIN IORDACHE** | 9264 | 34 |
| 64 | April 26, 2014 | **GHEORGHE ADRIAN LUPU** | 5422 | 35 |
| 65 | April 26, 2014 | **GHEORGHE ADRIAN LUPU** | 7420 | 36 |
| 66 | April 26, 2014 | **GHEORGHE ADRIAN LUPU** | 1235 | 37 |
| 67 | April 26, 2014 | **GHEORGHE ADRIAN LUPU** | 6974 | 38 |
| 68 | April 26, 2014 | **GHEORGHE ADRIAN LUPU** | 3588 | 39 |
| 69 | April 26, 2014 | **NICOLAI CEAUSESCU** | 3588 | 40 |
| 70 | April 26, 2014 | **NICOLAI CEAUSESCU** | 1920 | 41 |
| 71 | April 26, 2014 | **NICOLAI CEAUSESCU** | 5486 | 42 |
| 72 | April 26, 2014 | **NICOLAI CEAUSESCU** | 5959 | 43 |

In violation of Title 18, United States Code, Section 1028A(a)(1).

## CRIMINAL FORFEITURE

1.     The allegations of Counts 1 through 43 of this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants,

**FLORIAN CLAUDIU MARTIN, GHEORGHE ADRIAN LUPU, NICOLAI CEAUSESCU, CLAUDIU FLORIN IORDACHE, VICTOR TICUS, MARINEL AURELIAN CAPRA, LAURENTIU GRIMBERG,** and **FLORIAN LAURENTIU NICOLA,** have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1349 or 1344, as alleged in Counts 1 and 15 through 43 of this Superseding Indictment, the defendants shall forfeit all of their right, title and interest to the United States in any property constituting or derived from proceeds obtained directly or indirectly as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(A).

3.      Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in Counts 2 through 14 this Superseding Indictment, the defendants shall forfeit all of their right, title and interest to the United States in any property constituting or derived from proceeds obtained directly or indirectly as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B), and in any personal property used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 981(a)(l)(C), 982(a)(2)(A), and 1029(c)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

FOREPERSON _____

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.        14-20335-CR-Altonaga(s)

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

**FLORIAN CLAUDIU MARTIN,
GHEORGHE ADRIAN LUPU,
NICOLAI CEAUSESCU,
CLAUDIU FLORIN IORDACHE,
VICTOR TICUS,
MARINEL AURELIAN CAPRA,
LAURENTIU GRIMBERG, and
FLORIAN LAURENTIU NICOLA,**

_____/
                    Defendants.

**Superseding Case Information:**

New Defendant(s)          Yes _____   No __X__
Number of New Defendants
Total number of counts                    72

**Court Division:** (Select One)

| __X__ | Miami | _____ | Key West | | |
| _____ | FTL | _____ | WPB | _____ | FTP |

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:    (Yes or No)      Yes

     List language and/or dialect        Romanian

4.   This case will take      5      days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                              (Check only one)

| I | 0  to  5 days | __X__ | Petty | _____ |
| II | 6  to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __X__ |
| V | 61 days and over | _____ | | |

6.   Has this case been previously filed in this District Court?   (Yes or No)      No

If yes:
Judge: _____       Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?          (Yes or No)      Yes
If yes:
Magistrate Case No.              14-2512, 14-2529, 14-2533
Related Miscellaneous numbers:  n/a
Defendant(s) in federal custody as of    04/30/14
Defendant(s) in state custody as of      _____
Rule 20 from the   _____       District of   _____

Is this a potential death penalty case? (Yes or No)      No

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____  Yes  __X__  No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____  Yes  __X__  No

_____
MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500796

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>FLORIAN CLAUDIU MARTIN</u>

**Case No:** _____14-20335-CR-Altonaga (s)_____

Count #: 1

  Conspiracy to commit bank fraud
Title 18, United States Code, Section 1349

**\* Max. Penalty**: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

  Conspiracy to commit access device fraud
Title 18, United States Code, Section 1029(b)(2)

**\* Max. Penalty**: 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Counts #: 20, 21, 24, 25

  Bank Fraud
Title 18, United States Code, Section 1344

\* Max. Penalty: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Counts #: 49, 50, 53, 54

  Aggravated Identity Theft
Title 18, United States Code, Section 1028A(a)(1)

\* Max. Penalty: 2 years mandatory consecutive years' imprisonment, 1 year supervised release, $250,000 fine

1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**:  <u>GHEORGHE ADRIAN LUPU</u>

**Case No**:  <u>14-20335-CR-Altonaga (s)</u>

Count #: 1

  <u>Conspiracy to commit bank fraud</u>
<u>Title 18, United States Code, Section 1349</u>

**\* Max. Penalty**: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

  <u>Conspiracy to commit access device fraud</u>
<u>Title 18, United States Code, Section 1029(b)(2)</u>

**\* Max. Penalty**: 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Counts #: 35-39

  <u>Bank Fraud</u>
<u>Title 18, United States Code, Section 1344</u>

\* Max. Penalty: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Counts #: 64-68

  <u>Aggravated Identity Theft</u>
<u>Title 18, United States Code, Section 1028A(a)(1)</u>

\* Max. Penalty: 2 years mandatory consecutive years' imprisonment, 1 year supervised release, $250,000 fine

1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:**  NICOLAI CEAUSESCU

Case No:  14-20335-CR-Atonaga (s)

Count #: 1

  Conspiracy to commit bank fraud
Title 18, United States Code, Section 1349

**\* Max. Penalty**: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

  Conspiracy to commit access device fraud
Title 18, United States Code, Section 1029(b)(2)

**\* Max. Penalty**: 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Counts #: 40-43

  Bank Fraud
Title 18, United States Code, Section 1344

\* Max. Penalty: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Counts #: 69-72

  Aggravated Identity Theft
Title 18, United States Code, Section 1028A(a)(1)

\* Max. Penalty: 2 years mandatory consecutive years' imprisonment, 1 year supervised release, $250,000 fine

1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CLAUDIU FLORIN IORDACHE

**Case No:**   14-20335-CR-Atonaga (s)

Count #: 1

Conspiracy to commit bank fraud

Title 18, United States Code, Section 1349

**\* Max. Penalty**: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

Conspiracy to commit access device fraud

Title 18, United States Code, Section 1029(b)(2)

**\* Max. Penalty**: 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Counts #: 7,10,12-14

Access device fraud

Title 18, United States Code, Section 1029(a)(4)

**\* Max. Penalty:** 15 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Counts #: 31-34

Bank Fraud

Title 18, United States Code, Section 1344

\* Max. Penalty: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Counts #: 60-63

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

\* Max. Penalty: 2 years mandatory consecutive years' imprisonment, 1 year supervised release, $250,000 fine

1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **VICTOR TICUS**

**Case No:**   14-20335-CR-Atonaga (s)

Count #: 1

  Conspiracy to commit bank fraud
Title 18, United States Code, Section 1349

**\* Max. Penalty**: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

  Conspiracy to commit access device fraud
Title 18, United States Code, Section 1029(b)(2)

**\* Max. Penalty**: 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Count #: 3

  Access device fraud
Title 18, United States Code, Section 1029(a)(4)

**\* Max. Penalty:** 15 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Count #: 15

  Bank Fraud
Title 18, United States Code, Section 1344

\* Max. Penalty: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #3.: 44

  Aggravated Identity Theft
Title 18, United States Code, Section 1028A(a)(1)

\* Max. Penalty: 2 years mandatory consecutive years' imprisonment, 1 year supervised release, $250,000 fine

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  MARINEL AURELIAN CAPRA

**Case No**:    14-20335-CR-Altonaga (s)

Count #: 1

  Conspiracy to commit bank fraud
Title 18, United States Code, Section 1349

**\* Max. Penalty**: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

  Conspiracy to commit access device fraud
Title 18, United States Code, Section 1029(b)(2)

**\* Max. Penalty**: 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Count #: 11

  Access device fraud
Title 18, United States Code, Section 1029(a)(4)

**\* Max. Penalty:** 15 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Counts #: 27-30

  Bank Fraud
Title 18, United States Code, Section 1344
\* Max. Penalty: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #56-59

  Aggravated Identity Theft
Title 18, United States Code, Section 1028A(a)(1)

\* Max. Penalty: 2 years mandatory consecutive years' imprisonment, 1 year supervised release, $250,000 fine

1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:  **LAURENTIU GRIMBERG**

**Case No:**_____14-20335-CR-Atonaga (s)_____

Count #: 1

  Conspiracy to commit bank fraud
Title 18, United States Code, Section 1349

**\* Max. Penalty**: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

  Conspiracy to commit access device fraud
Title 18, United States Code, Section 1029(b)(2)

**\* Max. Penalty**: 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Count #: 6

  Access device fraud
Title 18, United States Code, Section 1029(a)(4)

**\* Max. Penalty:** 15 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Counts #: 16, 22

  Bank Fraud
Title 18, United States Code, Section 1344
\* Max. Penalty: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 45, 51

  Aggravated Identity Theft
Title 18, United States Code, Section 1028A(a)(1)

\* Max. Penalty: 2 years mandatory consecutive years' imprisonment, 1 year supervised release, $250,000 fine

1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name: <u>FLORIAN LAURENTIU NICOLA</u>**

**Case No:**   <u>14-20335-CR-Atonaga (s)</u>

Count #: 1

<u>Conspiracy to commit bank fraud</u>
<u>Title 18, United States Code, Section 1349</u>

**\* Max. Penalty**: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 2

<u>Conspiracy to commit access device fraud</u>
<u>Title 18, United States Code, Section 1029(b)(2)</u>

**\* Max. Penalty**: 7.5 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Counts #: 4,5,8,9

<u>Access Device Fraud</u>
<u>Title 18, United States Code, Section 1029(a)(4)</u>
**\* Max. Penalty**: 15 years' imprisonment, 3 years' supervised release, $250,000 fine, and restitution

Counts #: 17-19, 23, 26

<u>Bank Fraud</u>
<u>Title 18, United States Code, Section 1344</u>
\* Max. Penalty: 30 years' imprisonment, 5 years' supervised release, $1 million fine, and restitution

Count #: 46-48, 52,55

<u>Aggravated Identity Theft</u>
<u>Title 18, United States Code, Section 1028A(a)(1)</u>

\* Max. Penalty: 2 years mandatory consecutive years' imprisonment, 1 year supervised release, $250,000 fine

1